1  **McGLINCHEY STAFFORD**
   Hassan Elrakabawy (SBN 248146)
2  Brian A. Paino (SBN 251243)
   18201 Von Karman Avenue, Suite 350
3  Irvine, California 92612
   Telephone:  (949) 381-5900
4  Facsimile:   (949) 271-4040
   Email:      helrakabawy@mcglinchey.com
5              bpaino@mcglinchey.com

6  Attorneys for Defendants **SUNTRUST MORTGAGE, INC. and BANK OF AMERICA, N.A.**
7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

| 11 | NICHOLAS SABBAGH, an Individual; | Case No.: 5:14-cv-02540-JGB (DTBx) |
|---|---|---|
| 12 | Plaintiff, | Hon. District Judge Jesus G. Bernal |
| 13 | v. | **DECLARATION OF SHARON KIRVEN IN SUPPORT OF DEFENDANTS SUNTRUST MORTGAGE, INC. AND BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT** |
| 14 | SUNTRUST MORTGAGE, INC.; BANK OF AMERICA, N.A.; AMERICAN LOAN MODIFICATION AGENCY; AND DOES 1-20, INCLUSIVE, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | DATE:    December 14, 2015<br>TIME:    9:00 a.m.<br>CTRM:    1 |
| 18 | | |
| 19 | | Filed concurrently with:<br>Notice of Motion and Motion for Summary Judgment<br>Statement of Uncontroverted Facts<br>Declaration of Hassan Elrakabawy<br>Request for Judicial Notice<br>[Proposed] Judgment |
| 20 | | |
| 21 | | |
| 22 | | State Court Action Case # PSC1403587<br>Action Filed:  July 3, 2014<br>Trial Date:    February 9, 2016 |
| 23 | | |

24
25
26
27
28

---

DECLARATION OF SHARON KIRVEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
5:14-CV-02540-JGB (DTBx)

571225.3

I, Sharon Kirven, declare as follows:

1. I am employed as a Vice President by SUNTRUST MORTGAGE, INC. ("SunTrust") and am authorized to sign this declaration on SunTrust's behalf.

2. As part of my job responsibilities for SunTrust, I have personal knowledge of and am familiar with the types of records maintained by SunTrust in connection with the loan that is the subject of this declaration (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of SunTrust that pertain to the Loan and extensions of credit given to Nicholas Sabbagh (the "Borrower").

3. The information in this declaration is taken from SunTrust's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in the course of SunTrust's regularly conducted business activities; and (c) it is the regular practice of SunTrust to make such records.

## THE SERVICING OF THE LOAN

4. As the loan servicer following a servicing transfer from non-party Bank of America, SunTrust was responsible for, among other things, collecting monthly payments, establishing and maintaining escrow accounts for the payment of real estate taxes and hazard insurance, providing borrowers with certain financial reports, and, where appropriate, imitating foreclosure proceedings.

## THE LOAN

5. On or about November 14, 2006, Plaintiff took a fixed rate mortgage loan in the amount of $448,000.00 (the "Loan") from SunTrust to purchase the real property commonly known as 1080 S. Calle Rolph, Palm Springs, California 9224 (the "Property"). A true and correct copy of the Note is attached hereto as Exhibit "1")

1

DECLARATION OF SHARON KIRVEN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT- 5:14-CV-02540-JGB (DTBx)

539980.1

6. Pursuant to that certain Deed of Trust (the "Deed of Trust"), recorded November 21, 2006, Borrowers' obligations under the Note were secured by the Property. A true and correct copy of the Deed of Trust is attached to hereto as Exhibit "2".

## BORROWER'S DEFAULT AND INITIATION OF FORECLOSURE PROCEEDINGS

7. Borrower defaulted on his obligations under the Loan. On July 26, 2010, a notice of default (the "Notice of Default") recorded reflecting that Borrower was in arrears in the amount of $29,490.46 as of the date of recording. A true and correct copy of the Notice of Default is attached hereto as Exhibit "3".

8. On August 17, 2010, an Assignment of Deed of Trust recorded wherein MERS assigned the beneficial interest in the deed of the trust to SunTrust. A true and correct copy of the Assignment is attached hereto as Exhibit "4".

9. On January 28, 2011, a Notice of Trustee Sale and Substitution of Trustee substituting The Wolf Firm as trustee in place of Jackie Miller were recorded. The estimated total amount of unpaid balance of the obligation secured by the property was $476,193.23. A true and correct copy of the Notice of Trustee Sale and Substitution are attached hereto as Exhibit "5".

10. Plaintiff did not cure his default and, therefore, notices of trustee's sale were also subsequently recorded on January 18, 2013, July 26, 2013, December 6, 2013 and June 12, 2014. A true and correct copy of the Notice of Trustee Sale and Substitution are attached hereto as Exhibit "6", "7", "8" and "9".

11. Each notice of trustee sale recorded against the property has expired. No foreclosure sale has taken place or is currently scheduled.

## LOSS MITIGATION EFFORTS

12. After his default in early 2010, Borrower was solicited for and applied for a loan modification from SunTrust through the use of various third parties.

13. Borrower was offered a trial loan modification (TPP) in March 2013, which he declined. The trial plan was to begin as of May 1, 2013 with payments of $3,147.98. Borrower failed to make the first modification payment. A true and correct copy of the trial loan modification is attached hereto as Exhibit "10".

14. SunTrust further reviewed Borrower's application and, on June 5, 2013, allowed Borrower until June 14, 2013 to accept the TPP. Borrower again failed to make the first modification payment and, therefore, his loan was removed from loss mitigation.

15. Plaintiff has not submitted evidence of a material change in financial circumstances following Plaintiff's refusal of the TPP offered to him by SunTrust in March 2013.

16. Plaintiff's subsequent applications for loan modification have thus far been denied.

### THE LOAN BALANCE

17. As of August 14, 2015, the outstanding balance of the Loan was $644,183.63. Borrower has not cured or offered to cure the default.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of November __, 2015, at Richmond, Virginia

By: Sharon Kineen, Vice President

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      )  ss.
COUNTY OF ORANGE      )

I, Marina Hegel, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 18201 Von Karman Ave., Suite 350, Irvine, California 92612.

On November 16, 2015, I served the document(s) described as **DECLARATION OF SHARON KIRVEN IN SUPPORT OF DEFENDANTS SUNTRUST MORTGAGE, INC. AND BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT** as follows:

☐ **BY MAIL**: As follows:

　　☐ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 16, 2015, at Irvine, California.

　　　　　　　　　　　　　　　　*Marina Hegel*
　　　　　　　　　　　　　　　　Marina Hegel

519583.1

**SERVICE LIST**
**USDC Central Court Case No. 14-cv-02540-JGB-DTB**
**NICHOLAS SABBAGH v. SUNTRUST MORTGAGE, INC., et al.**
**File # 104340.0113**

| | |
|---|---|
| Marie Quashnock, Esq.<br>Edward Younger, Esq.<br>ALVIS QUASHNOCK AND ASSOCIATES<br>613 First Street, Suite 202<br>Brentwood, CA  94513 | Attorneys for Plaintiff **NICHOLAS SABBAGH**<br><br>Tel:  (925) 516-1617<br>Fax:  (925) 775-7008<br>Email:     marie@aqalegal.com<br>              ed@aqalegal.com |

519583.1